# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PETER ROLDAN,**

        **Plaintiff,**

-vs-                                                               Case No. 6:06-cv-1097-Orl-28JGG

**WINDHOVER ASSOCIATION, INC., PAT PEREZ,**

        **Defendants.**

## ORDER

This case is before the Court on the Joint Motion For Court Approval of Settlement Agreement (Doc. No. 29) filed February 1, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 14, 2007 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Court Approval of Settlement Agreement (Doc. No. 29) is **GRANTED**.

    3.    The Settlement Agreement is **APPROVED**.

    4.    This case is dismissed with prejudice.

    5.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___8___ day of March, 2007.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party